Guy T. **STRINGHAM**, Plaintiff– Appellant,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,** Defendants–Appellees.

No. 00–16033.

D.C. No. CV–99–1915–WBS(JFM).

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided May 31, 2001.

* Because we unanimously find this case suitable for decision without oral argument, we deny Stringham's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Guy Stringham appeals pro se the district court's 28 U.S.C. § 1915A(b) dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's 28 U.S.C. § 1915A dismissal, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and affirm.

Because California provides postdeprivation remedies for tort claims against public officials, *see* Cal. Gov't Code § 900–920 (1995), and because Stringham failed to allege an authorized, intentional deprivation of his rights, the district court correctly dismissed Stringham's action. *See Hudson v. Palmer*, 468 U.S. 517, 533, 104 S.Ct. 3194, 82 L.Ed.2d 393 (1984).

We decline to address Stringham's contentions about insurance copayments because he failed to raise them with the district court. *See Brazil v. United States Dep't of the Navy*, 66 F.3d 193, 199 (9th Cir.1995).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

